E-FILED 12/7/2012
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Matthew Dimarsico*, | CASE NO. CV 12-8050-GHK (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Virtela Technology Services Incorporated*, | |
| Defendant. | |

Pursuant to the Court's December 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Matthew Dimarsico's claims against Defendant Virtela Technology Services Incorporated are **DISMISSED without prejudice** to refiling in the proper venue.

**IT IS SO ORDERED**.

DATED: December 7, 2012

_____
GEORGE H. KING
Chief United States District Judge