E-FILED 12/7/2012
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Matthew Dimarsico*,

      Plaintiff,

    v.

*Virtela Technology Services Incorporated*,

      Defendant.

CASE NO. CV 12-8050-GHK (SHx)

**JUDGMENT**

Pursuant to the Court's December 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Matthew Dimarsico's claims against Defendant Virtela Technology Services Incorporated are **DISMISSED without prejudice** to refiling in the proper venue.

**IT IS SO ORDERED**.

DATED: December 7, 2012

_____
GEORGE H. KING
Chief United States District Judge